## 62402. HAWKINS v. THE STATE.

QUILLIAN, Chief Judge.

Affirmed in accordance with Court of Appeals Rule 36. *State v. Brinson,* 248 Ga. 380.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED DECEMBER 4, 1981.

*Douglas Gibson,* for appellant.

*C. Deen Strickland, District Attorney, Charles C. Grile, Assistant District Attorney,* for appellee.